IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02371-ZLW

JAMES JOSEPH OWENS-EL,

    Applicant,

v.

WARDEN ROBIN A. HOOD, ADX,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 16 2006

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Applicant's motion for reconsideration filed on March 11, 2005, is DENIED.

Dated: March 16, 2006

Copies of this Minute Order mailed on March 16, 2006, to the following:

James Joseph Owens-El
Reg. No. 00305-131
ADX – Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk